O

# United States District Court
# Central District of California

| | |
|---|---|
| JESUS CASTANON, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>INTERNATIONAL PAPER COMPANY, and Does 1 through 100,<br><br>        Defendants. | Case No. 2:15-CV-08362-ODW(JC)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

///
///
///
///
///
///
///
///
///

In light of the Notice of Settlement (ECF No. 30), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by November 28, 2016, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. Additionally, Plaintiff's motion for summary judgment is dismissed as moot. (ECF No. 27.) The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

October 28, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**