O

# United States District Court
# Central District of California

| | |
|---|---|
| JESUS CASTANON, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INTERNATIONAL PAPER COMPANY, and Does 1 through 100,<br><br>　　　　Defendants. | Case No. 2:15-CV-08362-ODW(JC)<br><br>**ORDER TO FILE PROPER DISMISSAL** |

///
///
///
///
///
///
///
///
///

On November 28, 2016, Plaintiff filed a Notice of Dismissal.  (ECF No. 33.) However, pursuant to Federal Rule of Civil Procedure 41(a)(i), a plaintiff may only voluntarily dismiss a case until the defendant serves an answer.  Here, Defendant served an answer on October 26, 2015 long before the Notice of Dismissal was filed. (ECF No. 1.)  Therefore, the parties must file a stipulation to dismiss this case along with a proposed order.

**IT IS SO ORDERED.**

November 29, 2016

_____
            **OTIS D. WRIGHT, II**
      **UNITED STATES DISTRICT JUDGE**