Evan M. Selik (SBN 251039)
SELIK & ASSOCIATES, APC
15300 Ventura Blvd., Suite 207
Sherman Oaks, CA 91403
Ph: (818) 602-4173
Fax: (818) 963-5954
selik@selikassociates.com

Attorney for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CASTANON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL PAPER COMPANY; and DOES 1 through 100,<br><br>Defendants. | CASE NO. 2:15-cv-08362-ODW (JCx)<br>[Hon. Judge Otis D. Wright, II]<br><br>[Proposed] ORDER TO DISMISS THE ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(ii) |

Pursuant to the stipulation executed and filed by the parties, this action is dismissed with prejudice pursuant to F.R.C.P. Rule 41(a)(ii).

IT IS SO ORDERED.

Date: December 2, 2016

_[signature]_
Hon. Otis D. Wright, II

## PROOF OF SERVICE

*Jesus Castanon v. International Paper Company*

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Los Angeles in the office of a member of the bar of this court at whose direction the service was made. My business address is 15300 Ventura Blvd., Ste. 207, Sherman Oaks, CA 91403

On December 2, 2016, I served the following document(s):

[Proposed] ORDER TO DISMISS THE ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(ii)

on interested parties in this action by placing ( ) the original (x) a true copy thereof enclosed in a sealed envelope addressed as follows:

Stefan Black
FORD HARRISON, LLP
350 South Grand Ave. Ste. 2300
Los Angeles, Ca 90071
Fax: (213) 237-2401
sblack@fordharrison.com

[xx] **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[xx] (Federal)  I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 2, 2016, at Sherman Oaks, California.

_____
Evan Selik